<table>
<tr><td><strong>Fill in this information to identify your case:</strong></td></tr>
</table>

United States Bankruptcy Court for the:

EASTERN DISTRICT OF NEW YORK

Case number *(if known)* _____    Chapter    **7**

☐ Check if this an
  amended filing

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy

06/22

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | |
|---|---|---|
| **1.** | **Debtor's name** | **The Greenrose Holding Company Inc.** |
| **2.** | **All other names debtor used in the last 8 years** Include any assumed names, trade names and *doing business as* names | **FDBA  Greenrose Acquisition Corp.** |
| **3.** | **Debtor's federal Employer Identification Number** (EIN) | **84-2845696** |

| | | | |
|---|---|---|---|
| **4.** | **Debtor's address** | **Principal place of business** | **Mailing address, if different from principal place of business** |
| | | **111 Broadway** <br> **Amityville, NY 11701** <br> Number, Street, City, State & ZIP Code | _____ <br> P.O. Box, Number, Street, City, State & ZIP Code |
| | | **Suffolk** <br> County | **Location of principal assets, if different from principal place of business** <br> _____ <br> Number, Street, City, State & ZIP Code |

| | | |
|---|---|---|
| **5.** | **Debtor's website** (URL) | _____ |

| | | |
|---|---|---|
| **6.** | **Type of debtor** | ■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP)) <br><br> ☐ Partnership (excluding LLP) <br><br> ☐ Other. Specify: _____ |

| Debtor | **The Greenrose Holding Company Inc.** | Case number (*if known*) | |
| | Name | | |

**7.    Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

■ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See
http://www.uscourts.gov/four-digit-national-association-naics-codes.

_____

**8.    Under which chapter of the Bankruptcy Code is the debtor filing?**

A debtor who is a "small business debtor" must check the first sub-box. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box.

*Check one:*

■ Chapter 7

☐ Chapter 9

☐ Chapter 11. *Check **all** that apply:*

☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☐ The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, **and it chooses to proceed under Subchapter V of Chapter 11.** If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☐ A plan is being filed with this petition.

☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9.    Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**
If more than 2 cases, attach a separate list.

■ No.
☐ Yes.

| District | | When | | Case number | |
| District | | When | | Case number | |

Debtor    **The Greenrose Holding Company Inc.**                     Case number (*if known*) _____
     Name

**10.** **Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

   ■ No
   ☐ Yes.

List all cases. If more than 1, attach a separate list

Debtor _____     Relationship _____

District _____ When _____ Case number, if known _____

**11.** **Why is the case filed in *this district*?**

*Check all that apply:*

■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12.** **Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

■ No
☐ Yes.   Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

    What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____
    Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No
☐ Yes.   Insurance agency _____

    Contact name _____

    Phone _____

---

  ■   **Statistical and administrative information**

**13.** **Debtor's estimation of available funds**    .

*Check one:*

☐ Funds will be available for distribution to unsecured creditors.

■ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14.** **Estimated number of creditors**

| | | |
|---|---|---|
| ■ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ☐ 50-99 | ☐ 5001-10,000 | ☐ 50,001-100,000 |
| ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than100,000 |
| ☐ 200-999 | | |

**15.** **Estimated Assets**

| | | |
|---|---|---|
| ■ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50  million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

**16.** **Estimated liabilities**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ■ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |

Debtor    **The Greenrose Holding Company Inc.**                                    Case number (*if known*) _____
　　　　　Name

☐ $50,001 - $100,000          ☐ $10,000,001 - $50  million          ☐ $1,000,000,001 - $10 billion
☐ $100,001 - $500,000         ☐ $50,000,001 - $100 million         ☐ $10,000,000,001 - $50 billion
☐ $500,001 - $1 million       ☐ $100,000,001 - $500 million        ☐ More than $50 billion

| Debtor | **The Greenrose Holding Company Inc.** | Case number (*if known*) | |
|---|---|---|---|
| | Name | | |

---

**Request for Relief, Declaration, and Signatures**

---

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **June 18, 2024**
MM / DD / YYYY

**X** **/s/ Nicole Conboy**
Signature of authorized representative of debtor

**Nicole Conboy**
Printed name

Title    **Chief Executive Officer**

---

**18. Signature of attorney**

**X** **/s/ Scott S. Markowitz, Esq.**
Signature of attorney for debtor

Date **June 18, 2024**
MM / DD / YYYY

**Scott S. Markowitz, Esq. (SSM-0849)**
Printed name

**Tarter Krinsky & Drogin LLP**
Firm name

**1350 Broadway**
**11th Floor**
**New York, NY 10018**
Number, Street, City, State & ZIP Code

Contact phone    **(212) 216-8000**    Email address    **smarkowitz@tarterkrinsky.com**

**(SSM-0849) NY**
Bar number and State

**Fill in this information to identify the case:**

Debtor name    __The Greenrose Holding Company Inc.__

United States Bankruptcy Court for the:   __EASTERN DISTRICT OF NEW YORK__

Case number (if known)   _____

☐ Check if this is an amended filing

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors   12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date.  Bankruptcy Rules 1008 and 9011.

**WARNING -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.  18 U.S.C. §§ 152, 1341, 1519, and 3571.**

## Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ■ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
- ■ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
- ■ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
- ■ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
- ■ *Schedule H: Codebtors* (Official Form 206H)
- ■ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
- ☐ Amended *Schedule*
- ☐ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
- ☐ Other document that requires a declaration  _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   __June 18, 2024__     X /s/ Nicole Conboy
                                    Signature of individual signing on behalf of debtor

                                     **Nicole Conboy**
                                     Printed name

                                     **Chief Executive Officer**
                                     Position or relationship to debtor

**Fill in this information to identify the case:**

Debtor name    **The Greenrose Holding Company Inc.**

United States Bankruptcy Court for the:   EASTERN DISTRICT OF NEW YORK

Case number (if known) _____

☐ Check if this is an amended filing

## Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals    12/15

### Part 1:   Summary of Assets

1.   *Schedule A/B: Assets-Real and Personal Property* (Official Form 206A/B)

    **1a. Real property:**
    Copy line 88 from *Schedule A/B*........................................................................................   $       0.00

    **1b. Total personal property:**
    Copy line 91A from *Schedule A/B*....................................................................................   $       10,800.00

    **1c. Total of all property:**
    Copy line 92 from *Schedule A/B*......................................................................................   $       10,800.00

### Part 2:   Summary of Liabilities

2.   *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
    Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*..................   $       0.00

3.   *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

    **3a. Total claim amounts of priority unsecured claims:**
    Copy the total claims from Part 1 from line 5a of *Schedule E/F*...........................................................   $       3,092,752.93

    **3b. Total amount of claims of nonpriority amount of unsecured claims:**
    Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*..............................   +$       3,417,531.46

4.   **Total liabilities** ........................................................................................................
    Lines 2 + 3a + 3b      $       6,510,284.39

Software Copyright (c) 1996-2023 Best Case, LLC - www.bestcase.com

<table>
<tr><td colspan="2"><strong>Fill in this information to identify the case:</strong></td></tr>
<tr><td>Debtor name</td><td><strong>The Greenrose Holding Company Inc.</strong></td></tr>
<tr><td>United States Bankruptcy Court for the:</td><td>EASTERN DISTRICT OF NEW YORK</td></tr>
<tr><td>Case number <em>(if known)</em></td><td></td></tr>
</table>

☐ Check if this is an amended filing

# Official Form 206A/B
## Schedule A/B: Assets - Real and Personal Property           12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

### Part 1:       Cash and cash equivalents

**1. Does the debtor have any cash or cash equivalents?**

☐ No.  Go to Part 2.
☒ Yes Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | | | Current value of debtor's interest |
|---|---|---|---|

**3.    Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
|---|---|---|---|---|
| 3.1. | **Dime Community Bank** 2412 Jerusalem Avenue **Bellmore, NY 11710** | **Checking** | 7435 | $10,000.00 |
| 3.2. | **Dime Community Bank** 2412 Jerusalem Avenue **Bellmore, NY 11710** | **Payroll** | 7789 | $0.00 |
| 3.3. | **Dime Community Bank** 2412 Jerusalem Avenue **Bellmore, NY 11710** | **Theraplan Note** | 8133 | $0.00 |

**4.      Other cash equivalents** *(Identify all)*

**5.      Total of Part 1.**

Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

|  |
|---|
| $10,000.00 |

### Part 2:       Deposits and Prepayments
**6. Does the debtor have any deposits or prepayments?**

☒ No.  Go to Part 3.
☐ Yes Fill in the information below.

### Part 3:       Accounts receivable
**10. Does the debtor have any accounts receivable?**

| Debtor | **The Greenrose Holding Company Inc.** | Case number *(if known)* _____ |
|---|---|---|
| | Name | |

■ No. Go to Part 4.
☐ Yes Fill in the information below.

<table>
<tr><td style="background:black;color:white">Part 4:</td><td colspan="4">**Investments**</td></tr>
</table>

13. **Does the debtor own any investments?**

☐ No. Go to Part 5.
☐■ Yes Fill in the information below.

| | | | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 14. | **Mutual funds or publicly traded stocks not included in Part 1**<br>Name of fund or stock: | | | |
| 15. | **Non-publicly traded stock and interests in incorporated and unincorporated businesses, including any interest in an LLC, partnership, or joint venture**<br>Name of entity: | % of ownership | | |
| 15.1. | **100% ownership interest in Theraplant LLC** | **100** % | | **$0.00** |
| 15.2. | **100% ownership interest in True Harvest Holdings, Inc.** | **100** % | | **$0.00** |
| 16. | **Government bonds, corporate bonds, and other negotiable and non-negotiable instruments not included in Part 1**<br>Describe: | | | |
| 17. | **Total of Part 4.**<br>Add lines 14 through 16. Copy the total to line 83. | | | **$0.00** |

<table>
<tr><td style="background:black;color:white">Part 5:</td><td colspan="4">**Inventory, excluding agriculture assets**</td></tr>
</table>

18. **Does the debtor own any inventory (excluding agriculture assets)?**

☐■ No. Go to Part 6.
☐ Yes Fill in the information below.

<table>
<tr><td style="background:black;color:white">Part 6:</td><td colspan="4">**Farming and fishing-related assets (other than titled motor vehicles and land)**</td></tr>
</table>

27. **Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

☐■ No. Go to Part 7.
☐ Yes Fill in the information below.

<table>
<tr><td style="background:black;color:white">Part 7:</td><td colspan="4">**Office furniture, fixtures, and equipment; and collectibles**</td></tr>
</table>

38. **Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☐■ No. Go to Part 8.
☐ Yes Fill in the information below.

<table>
<tr><td style="background:black;color:white">Part 8:</td><td colspan="4">**Machinery, equipment, and vehicles**</td></tr>
</table>

46. **Does the debtor own or lease any machinery, equipment, or vehicles?**

☐ No. Go to Part 9.
☐■ Yes Fill in the information below.

Debtor    **The Greenrose Holding Company Inc.**                    Case number *(If known)* _____
          Name

| General description<br>Include year, make, model, and identification numbers<br>(i.e., VIN, HIN, or N-number) | Net book value of<br>debtor's interest<br>(Where available) | Valuation method used<br>for current value | Current value of<br>debtor's interest |
|---|---|---|---|
| 47. **Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles** | | | |
| 48. **Watercraft, trailers, motors, and related accessories** *Examples:* Boats, trailers, motors,<br>floating homes, personal watercraft, and fishing vessels | | | |
| 49. **Aircraft and accessories** | | | |
| 50. **Other machinery, fixtures, and equipment (excluding farm<br>machinery and equipment)** | | | |
| **Photocopy Machine** | $0.00 | FMV | $800.00 |

51. **Total of Part 8.**                                                                    $800.00

    Add lines 47 through 50.  Copy the total to line 87.

52. **Is a depreciation schedule available for any of the property listed in Part 8?**
    ■ No
    ☐ Yes

53. **Has any of the property listed in Part 8 been appraised by a professional within the last year?**
    ■ No
    ☐ Yes

**Part 9:    Real property**

54. **Does the debtor own or lease any real property?**

    ☐ No.  Go to Part 10.
    ■ Yes Fill in the information below.

55.    **Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| Description and location of<br>property<br>Include street address or other<br>description such as Assessor<br>Parcel Number (APN), and type<br>of property (for example,<br>acreage, factory, warehouse,<br>apartment or office building, if<br>available. | Nature and<br>extent of<br>debtor's interest<br>in property | Net book value of<br>debtor's interest<br>(Where available) | Valuation method used<br>for current value | Current value of<br>debtor's interest |
|---|---|---|---|---|
| 55.1.    **Month to Month<br>Lease** | | | | |
| **Re Property: 111<br>Broadway,<br>Amityville, NY 11701** | **Month to<br>Month Lease** | $0.00 | | Unknown |

56. **Total of Part 9.**                                                                    $0.00

    Add the current value on lines 55.1 through 55.6 and entries from any additional sheets.
    Copy the total to line 88.

57. **Is a depreciation schedule available for any of the property listed in Part 9?**
    ■ No
    ☐ Yes

Debtor    **The Greenrose Holding Company Inc.**                                 Case number *(If known)* _____
Name

58.    **Has any of the property listed in Part 9 been appraised by a professional within the last year?**

■ No

☐ Yes

| Part 10: | Intangibles and intellectual property |
|---|---|

59. **Does the debtor have any interests in intangibles or intellectual property?**

■ No.  Go to Part 11.

☐ Yes Fill in the information below.

| Part 11: | All other assets |
|---|---|

70. **Does the debtor own any other assets that have not yet been reported on this form?**
Include all interests in executory contracts and unexpired leases not previously reported on this form.

☐ No.  Go to Part 12.

■ Yes Fill in the information below.

|  | Current value of debtor's interest |
|---|---|
| 71.    **Notes receivable**<br>Description (include name of obligor) |  |
| 72.    **Tax refunds and unused net operating losses (NOLs)**<br>Description (for example, federal, state, local) |  |
| 73.    **Interests in insurance policies or annuities** |  |
|       **D & O Liability Insurance Policy** | **Unknown** |
| 74.    **Causes of action against third parties (whether or not a lawsuit has been filed)** |  |
| 75.    **Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims** |  |
| 76.    **Trusts, equitable or future interests in property** |  |
| 77.    **Other property of any kind not already listed** *Examples:* Season tickets, country club membership |  |

78.    **Total of Part 11.**                                                                                    **$0.00**

Add lines 71 through 77. Copy the total to line 90.

79.    **Has any of the property listed in Part 11 been appraised by a professional within the last year?**

■ No

☐ Yes

Debtor  **The Greenrose Holding Company Inc.**
      Name

Case number *(If known)* _____

| Part 12: | Summary |
| --- | --- |

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | Current value of personal property | Current value of real property |
| --- | --- | --- |
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $10,000.00 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $0.00 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $0.00 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $0.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $0.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $800.00 | |
| 88. **Real property.** *Copy line 56, Part 9* ..............................> | | $0.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $0.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $0.00 | |
| 91. **Total.** Add lines 80 through 90 for each column | $10,800.00 | + 91b. $0.00 |
| 92. **Total of all property on Schedule A/B.** Add lines 91a+91b=92 | | $10,800.00 |

**Fill in this information to identify the case:**

Debtor name      **The Greenrose Holding Company Inc.**

United States Bankruptcy Court for the:      EASTERN DISTRICT OF NEW YORK

Case number (if known)      _____

☐ Check if this is an amended filing

Official Form 206D

# Schedule D: Creditors Who Have Claims Secured by Property

12/15

Be as complete and accurate as possible.

**1. Do any creditors have claims secured by debtor's property?**

■ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

☐ Yes. Fill in all of the information below.

**Fill in this information to identify the case:**

Debtor name __**The Greenrose Holding Company Inc.**__

United States Bankruptcy Court for the: __EASTERN DISTRICT OF NEW YORK__

Case number (if known) _____

☐ Check if this is an amended filing

# Official Form 206E/F
# Schedule E/F: Creditors Who Have Unsecured Claims                    12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims.
List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

| Part 1: | List All Creditors with PRIORITY Unsecured Claims |
| --- | --- |

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

   ☐ No. Go to Part 2.

   ■ Yes. Go to line 2.

2. **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

|  |  |  | **Total claim** | **Priority amount** |
| --- | --- | --- | --- | --- |
| 2.1 | Priority creditor's name and mailing address<br>**Arizona Dept. of Revenue**<br>**1600 West Monroe Street**<br>**Phoenix, AZ 85007** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>■ Unliquidated<br>☐ Disputed | **$270,000.00** | **$270,000.00** |
|  | Date or dates debt was incurred | Basis for the claim:<br>**Income Tax** |  |  |
|  | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (8) | Is the claim subject to offset?<br>■ No<br>☐ Yes |  |  |
| 2.2 | Priority creditor's name and mailing address<br>**Department of Treasury**<br>**Internal Revenue Service**<br>**Po Box 7346**<br>**Philadelphia, PA 19101** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>■ Unliquidated<br>☐ Disputed | **$2,500,000.00** | **$2,500,000.00** |
|  | Date or dates debt was incurred | Basis for the claim:<br>**Income Tax** |  |  |
|  | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (8) | Is the claim subject to offset?<br>■ No<br>☐ Yes |  |  |

| Debtor | The Greenrose Holding Company Inc. | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**2.3** Priority creditor's name and mailing address

**Dept. of Unemployment
Massachusetts Commonwealt
Executive Office of Labor
2 Avenue de Lafayette
Boston, MA 02111**

As of the petition filing date, the claim is: $2,140.93    $2,140.93
*Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

Date or dates debt was incurred

Basis for the claim:
**Workers Comp**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

■ No
☐ Yes

---

**2.4** Priority creditor's name and mailing address

**NYS Workers' Comp. Board
PO Box 5529
Binghamton, NY 13902**

As of the petition filing date, the claim is: $11,000.00    $11,000.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

Date or dates debt was incurred
**4/18/2024**

Basis for the claim:
**Workers' Compensation**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

■ No
☐ Yes

---

**2.5** Priority creditor's name and mailing address

**State of Delaware
Division of Corporations
John G. Townsend Bldg.
401 Federal Street, Suite
Dover, DE 19901**

As of the petition filing date, the claim is: $309,612.00    $309,612.00
*Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Franchise Tax**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

■ No
☐ Yes

---

**Part 2:** List All Creditors with NONPRIORITY Unsecured Claims

**3.** List in alphabetical order all of the creditors with nonpriority unsecured claims. If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

**Amount of claim**

**3.1** Nonpriority creditor's name and mailing address

**Acorn Management Partners
4080 McGinnis Ferry Road
Suite 1101
Alpharetta, GA 30005**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*    $22,000.00
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade**

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor   **The Greenrose Holding Company Inc.**                          Case number (if known) _____
         Name

| 3.2 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$18,996.63** |
|---|---|---|---|

**Bayard, P.A.**
**600 N King St.**
**# 400**
**Wilmington, DE 19801**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Legal Services**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.3 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$14,022.84** |
|---|---|---|---|

**Bloomberg Finance L.P.**
**731 Lexington Avenue**
**New York, NY 10022**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Trade**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.4 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$23,093.98** |
|---|---|---|---|

**Borden Ladner Gervais**
**Centennial Place, East To**
**520 3rd Ave SW, Ste. 1900**
**Calgary, AB, T2P 0R3**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Legal Services**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.5 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**Dan Emmans**
**Hinckley, Allen & Snyder**
**20 Church Street**
**Hartford, CT 06103**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.6 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$2,457.99** |
|---|---|---|---|

**Datasite LLC**
**c/o The CCC of NY**
**34 Seymour St.**
**Tonawanda, NY 14150**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number  **e1e2**

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.7 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$902.00** |
|---|---|---|---|

**Edgar Agents, LLC**
**105 White Oak Lane**
**Suite 104**
**Old Bridge, NJ 08857**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Trade**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.8 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**Ethan Ruby**
**Hinckley, Allen & Snyder**
**20 Church Street**
**Hartford, CT 06103**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

Debtor    **The Greenrose Holding Company Inc.**                          Case number (if known) _____
_____
Name

| 3.9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $74,212.50 |
|---|---|---|---|

**Feuerstein Kulick LLP**
**420 Lexington Ave**
**Suite 2024**
**New York, NY 10170**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:**  **Legal Services**

Last 4 digits of account number _

Is the claim subject to offset? ☐ No  ☐ Yes

---

| 3.10 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $35,000.00 |
|---|---|---|---|

**Gateway Group, Inc.**
**c/o Till Law**
**Attn: James E. Till, Esq.**
**120 Newport Center Drive**
**Newport Beach, CA 92660**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:**  **Public Investor and Media Relations Consulting Services**

Last 4 digits of account number _

Is the claim subject to offset? ☐ No  ☐ Yes

---

| 3.11 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $341,569.19 |
|---|---|---|---|

**Houlihan Lokey**
**245 Park Ave**
**20th Fl.**
**New York, NY 10167**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:**  **Professional Services**

Last 4 digits of account number _

Is the claim subject to offset? ☐ No  ☐ Yes

---

| 3.12 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $5,193.00 |
|---|---|---|---|

**Intrado Digital Media LLC**
**11808 Miracle Hills Dr**
**Omaha, NE 68154**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:**  **Trade**

Last 4 digits of account number _

Is the claim subject to offset? ☐ No  ☐ Yes

---

| 3.13 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,704.60 |
|---|---|---|---|

**Iron Oak Discovery Inc.**
**7 Skyline Drive**
**Suite 350**
**Hawthorne, NY 10532**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:**  **Trade**

Last 4 digits of account number _

Is the claim subject to offset? ☐ No  ☐ Yes

---

| 3.14 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**JD DeMatteo**
**Hinckley, Allen & Snyder**
**20 Church Street**
**Hartford, CT 06103**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ☐ No  ☐ Yes

---

| 3.15 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $258,753.70 |
|---|---|---|---|

**Macias Gini & O'Connell L**
**777 3rd Avenue**
**29th Floor**
**New York, NY 10017**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:**  **Professional Fees**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **The Greenrose Holding Company Inc.** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

**3.16** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$26,265.00**

Marcum LLP
730 3rd Ave
11th Fl.
New York, NY 10017

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __Professional Fee__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.17** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$1,269,047.68**

Milbank LLP
55 Hudson Yard
New York, NY 10001

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __Legal Fees__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.18** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$1,020.00**

NYS Attorney Gen. Office
General Recoveries Unit
Civil Recoveries Bureau
The Capitol
Albany, NY 12224

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __NYS Commission on Ethics and Lobbying in Government__
__Ref # CSO2217649__

Date(s) debt was incurred __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.19** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$49,538.13**

Proactive
Po Box 237203
178 Columbus Avenue
New York, NY 10023

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __Trade__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.20** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$10,323.00**

Richard, Layton & Finger
920 N King St.
Wilmington, DE 19801

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __Legal Services__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.21** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$519,518.18**

Riveron Consulting LLC
2515 McKinney Avenue
Suite 1200
Dallas, TX 75201

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __Professional Fees__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.22** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown**

Shareholder Rep. Services
Hinckley, Allen & Snyder
Attn: Jeffrey J. Mirman
20 Church Street
Hartford, CT 06103

☐ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred __

Basis for the claim: __Breach of Contract__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **The Greenrose Holding Company Inc.** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.23** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$10,175.00**

**SLR International Corp.**
**99 Realty Drive**
**Cheshire, CT 06410**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Trade**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.24** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$31,500.00**

**Statewide Public Affairs**
**15 Elk Street**
**Albany, NY 12207**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Trade**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.25** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$449,502.00**

**Tarter Krinsky & Drogin**
**1350 Broadway**
**11th Fl.**
**New York, NY 10018**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Legal Fees**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.26** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$47.80**

**TGI Office Automation**
**1860 Walt Whitman Rd.**
**#100**
**Melville, NY 11747**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Equipment Lease**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.27** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$0.00**

**Tompac Packaging Inc.**
**335 Sniffens Lane**
**Stratford, CT 06615**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.28** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$210.00**

**United Corporate Services**
**800 North State Street**
**Suite 304**
**Dover, DE 19901**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Trade**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.29** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$5,225.40**

**Veritiv**
**c/o The CCC of NY**
**34 Seymour St.**
**Tonawanda, NY 14150**

Date(s) debt was incurred _
Last 4 digits of account number **T191**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor   **The Greenrose Holding Company Inc.**          Case number (if known) _____
                    Name

| 3.30 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $578.94 |
|---|---|---|---|

**Verizon**
**One Verizon Way**
**VC54N090**
**Basking Ridge, NJ 07920**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Utilities**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.31 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $236,673.90 |
|---|---|---|---|

**Weil, Gotshal &Manges LLP**
**767 5th Ave**
**New York, NY 10153**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Legal Fees**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.32 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $10,000.00 |
|---|---|---|---|

**Zahra Enterprises LLC**
**36 Plaza Drive**
**Mill Valley, CA 94941**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Professional Fees**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

## Part 3:   List Others to Be Notified About Unsecured Claims

4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

| | Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.1 | **Hinckley, Allen & Snyder**<br>**Attn: Jeffrey J. Mirman**<br>**20 Church Street**<br>**Hartford, CT 06103** | Line  **3.22**<br><br>☐ Not listed. Explain ____ | __ |

---

## Part 4:   Total Amounts of the Priority and Nonpriority Unsecured Claims

5.  Add the amounts of priority and nonpriority unsecured claims.

|  |  | Total of claim amounts |
|---|---|---|
| 5a. Total claims from Part 1 | 5a. | $ 3,092,752.93 |
| 5b. Total claims from Part 2 | 5b. + | $ 3,417,531.46 |
| 5c. Total of Parts 1 and 2<br>Lines 5a + 5b = 5c. | 5c. | $ 6,510,284.39 |

**Fill in this information to identify the case:**

Debtor name   **The Greenrose Holding Company Inc.**

United States Bankruptcy Court for the:   EASTERN DISTRICT OF NEW YORK

Case number (if known)   _____

☐ Check if this is an amended filing

## Official Form 206G
## Schedule G: Executory Contracts and Unexpired Leases                    12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.

1.   **Does the debtor have any executory contracts or unexpired leases?**
    ■ No. Check this box and file this form with the debtor's other schedules.  There is nothing else to report on this form.
    ☐ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal   Property* (Official Form 206A/B).

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.1** State what the contract or lease is for and the nature of the debtor's interest | |
| State the term remaining | |
| List the contract number of any government contract _____ | _____ |
| **2.2** State what the contract or lease is for and the nature of the debtor's interest | |
| State the term remaining | |
| List the contract number of any government contract _____ | _____ |
| **2.3** State what the contract or lease is for and the nature of the debtor's interest | |
| State the term remaining | |
| List the contract number of any government contract _____ | _____ |
| **2.4** State what the contract or lease is for and the nature of the debtor's interest | |
| State the term remaining | |
| List the contract number of any government contract _____ | _____ |

Fill in this information to identify the case:

Debtor name     **The Greenrose Holding Company Inc.**

United States Bankruptcy Court for the:     EASTERN DISTRICT OF NEW YORK

Case number (if known) _____

☐ Check if this is an
amended filing

## Official Form 206H
## Schedule H: Your Codebtors                                    12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

**1. Do you have any codebtors?**

■ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.
☐ Yes

**2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

*Column 1:* **Codebtor**                                    *Column 2:* **Creditor**

| | Name | Mailing Address | Name | Check all schedules that apply: |
|---|---|---|---|---|
| 2.1 | _____ | Street _____ City     State     Zip Code | _____ | ☐ D ☐ E/F ☐ G |
| 2.2 | _____ | Street _____ City     State     Zip Code | _____ | ☐ D ☐ E/F ☐ G |
| 2.3 | _____ | Street _____ City     State     Zip Code | _____ | ☐ D ☐ E/F ☐ G |
| 2.4 | _____ | Street _____ City     State     Zip Code | _____ | ☐ D ☐ E/F ☐ G |

**Fill in this information to identify the case:**

Debtor name    **The Greenrose Holding Company Inc.**

United States Bankruptcy Court for the:    EASTERN DISTRICT OF NEW YORK

Case number (if known)  _____

☐ Check if this is an
   amended filing

## Official Form 207
## Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy    04/22

The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).

| Part 1: | Income |
| --- | --- |

1. **Gross revenue from business**

   ☐ None.

| Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | Sources of revenue Check all that apply | Gross revenue (before deductions and exclusions) |
| --- | --- | --- |
| **From the beginning of the fiscal year to filing date:** From  **1/01/2024** to **Filing Date** | ■ Operating a business<br>☐ Other  _____ | **$0.00** |
| **For prior year:** From  **1/01/2023** to **12/31/2023** | ■ Operating a business<br>■ Other  **Subsidiaries' Gross Revenue** | **$23,816,306.80** |
| **For year before that:** From  **1/01/2022** to **12/31/2022** | ■ Operating a business<br>■ Other  **Subsidiaries' Gross Revenue** | **$32,027,999.40** |

2. **Non-business revenue**
   Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

   ■ None.

| | Description of sources of revenue | Gross revenue from each source (before deductions and exclusions) |
| --- | --- | --- |

| Part 2: | List Certain Transfers Made Before Filing for Bankruptcy |
| --- | --- |

3. **Certain payments or transfers to creditors within 90 days before filing this case**
   List payments or transfers--including expense reimbursements--to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $7,575. (This amount may be adjusted on 4/01/25 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

   ☐ None.

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer *Check all that apply* |
| --- | --- | --- | --- |

Debtor   **The Greenrose Holding Company Inc.**                    Case number *(if known)* _____

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer *Check all that apply* |
|---|---|---|---|
| 3.1.   **See attached List** | | **$0.00** | ☐ Secured debt ☐ Unsecured loan repayments ☐ Suppliers or vendors ☐ Services ☐ Other___ |

4. **Payments or other transfers of property made within 1 year before filing this case that benefited any insider**
   List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $7,575. (This amount may be adjusted on 4/01/25 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

   ■ None.

| Insider's name and address Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
|---|---|---|---|

5. **Repossessions, foreclosures, and returns**
   List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

   ☐ None

| Creditor's name and address | Describe of the Property | Date | Value of property |
|---|---|---|---|
| **DXR Silver Point** | **UCC Foreclosure by DXR Silver Point See: https://www.sec.gov/ix?doc=/Archives/edgar/data/0001790665/000121390023061656/ea182666-8k_greenrose.htm** | **July 21, 2023** | **$0.00** |

6. **Setoffs**
   List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

   ■ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|

**Part 3:**   Legal Actions or Assignments

7. **Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**
   List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

   ☐ None.

| Case title Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|
| 7.1.   **Shareholder Representative Services, LLC v. The Greenrose Holding Co. Inc. UWY-CV-22-6073236-S** | **Breach of Contract** | **Superior Court, Hartford Judicial Dist.** | ■ Pending ☐ On appeal ☐ Concluded |
| 7.2.   **William Harley III v. Jack Falcon, et al. 2023-0131-PAF** | **Breach of Contract** | **Court of Chancery of State of Delaware** | ☐ Pending ☐ On appeal ■ Concluded |

Debtor    __The Greenrose Holding Company Inc._____    Case number *(if known)* _____

| | Case title<br>Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|---|
| 7.3. | **Next Steps Advisors, et al. v. True Harvest Holdings, Inc., et al.**<br>**CV2022-012671-DONE** | **Breach of Contract** | **AZ Superior Court, County of Maricopa** | ☐ Pending<br>☐ On appeal<br>■ Concluded |
| 7.4. | **Matthew Ryan, et al., v. Jack Falcon, et al.**<br>**2023-0663** | **Breach of Contract** | **Court of Chancery of State of Delaware** | ☐ Pending<br>☐ On appeal<br>■ Concluded |

**8. Assignments and receivership**

List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

■ None

---

**Part 4:    Certain Gifts and Charitable Contributions**

9. **List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

■ None

| Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|

**Part 5:    Certain Losses**

10. **All losses from fire, theft, or other casualty within 1 year before filing this case.**

■ None

| Description of the property lost and how the loss occurred | Amount of payments received for the loss<br><br>If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received.<br><br>List unpaid claims on Official Form 106A/B *(Schedule A/B: Assets – Real and Personal Property).* | Dates of loss | Value of property lost |
|---|---|---|---|

**Part 6:    Certain Payments or Transfers**

11. **Payments related to bankruptcy**

List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☐ None.

| Debtor | The Greenrose Holding Company Inc. | | Case number *(if known)* | |

| | Who was paid or who received the transfer? Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.1. | Tarter Krinsky & Drogin LLP 1350 Broadway 11th Floor New York, NY 10018 | Attorney Fees | | $50,000.00 |
| | **Email or website address** smarkowitz@tarterkrinsky.com | | | |
| | **Who made the payment, if not debtor?** | | | |

**12. Self-settled trusts of which the debtor is a beneficiary**
List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
Do not include transfers already listed on this statement.

■ None.

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|

**13. Transfers not already listed on this statement**
List any transfers of money or other property by sale, trade, or any other means made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

■ None.

| Who received transfer? Address | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|

**Part 7:** Previous Locations

**14. Previous addresses**
List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

☐ Does not apply

| | Address | Dates of occupancy From-To |
|---|---|---|
| 14.1. | 1000 Woodbury Road Suite 212 Woodbury, NY 11797 | 2019-2020 |

**Part 8:** Health Care Bankruptcies

**15. Health Care bankruptcies**
Is the debtor primarily engaged in offering services and facilities for:
- diagnosing or treating injury, deformity, or disease, or
- providing any surgical, psychiatric, drug treatment, or obstetric care?

■ No. Go to Part 9.
☐ Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|

**Part 9:** Personally Identifiable Information

| Debtor | The Greenrose Holding Company Inc. | Case number *(if known)* | |
|---|---|---|---|

**16. Does the debtor collect and retain personally identifiable information of customers?**

■ No.
☐ Yes. State the nature of the information collected and retained.

**17. Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

■ No. Go to Part 10.
☐ Yes. Does the debtor serve as plan administrator?

**Part 10:   Certain Financial Accounts, Safe Deposit Boxes, and Storage Units**

**18. Closed financial accounts**
Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

■ None

| Financial Institution name and Address | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|

**19. Safe deposit boxes**
List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

■ None

| Depository institution name and address | Names of anyone with access to it Address | Description of the contents | Does debtor still have it? |
|---|---|---|---|

**20. Off-premises storage**
List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

■ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|---|---|---|---|

**Part 11:   Property the Debtor Holds or Controls That the Debtor Does Not Own**

**21. Property held for another**
List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

■ None

**Part 12:   Details About Environment Information**

For the purpose of Part 12, the following definitions apply:
*Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

*Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

*Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a

| Debtor | The Greenrose Holding Company Inc. | Case number *(if known)* | |
|---|---|---|---|

similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

22. **Has the debtor been a party in any judicial or administrative proceeding under any environmental law?** Include settlements and orders.

☑ No.
☐ Yes. Provide details below.

| Case title Case number | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|

23. **Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

☑ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

24. **Has the debtor notified any governmental unit of any release of hazardous material?**

☑ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

**Part 13:** Details About the Debtor's Business or Connections to Any Business

25. **Other businesses in which the debtor has or has had an interest**
List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case.
Include this information even if already listed in the Schedules.

☐ None

| Business name address | Describe the nature of the business | Employer Identification number Do not include Social Security number or ITIN. Dates business existed |
|---|---|---|
| 25.1. **Theraplant, LLC** **856 Echo Lake Road** **Watertown, CT 06795** | **100% Ownership** | EIN: **46-2461119** From-To **2016-2023** |
| 25.2. **True Harvest Holdings, Inc.** **111 Broadway** **Amityville, NY 11701** | **100% Ownership** | EIN: **87-3379425** From-To **2016-2023** |

26. **Books, records, and financial statements**
26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.
☐ None

| Name and address | Date of service From-To |
|---|---|
| 26a.1. **Macias Gini & O'Connell LLP** **777 3rd Avenue** **29th Floor** **New York, NY 10017** | **2021-2023** |

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

| Debtor | The Greenrose Holding Company Inc. | Case number *(if known)* | |
|---|---|---|---|

☐ None

| Name and address | Date of service From-To |
|---|---|
| 26b.1.  **Macias Gini & O'Connell LLP**<br>**777 3rd Avenue**<br>**29th Floor**<br>**New York, NY 10017** | **2021-2023** |

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

☐ None

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|
| 26c.1.  **Macias Gini & O'Connell LLP**<br>**777 3rd Avenue**<br>**29th Floor**<br>**New York, NY 10017** | |
| 26c.2.  **Nicole Conboy**<br>**111 Broadway**<br>**Amityville, NY 11701** | |

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

☐ None

| Name and address |
|---|
| 26d.1.  **Silver Point Capital, L.P.**<br>**Two Greenwich Plaza**<br>**Greenwich, CT 06830** |

27. **Inventories**
Have any inventories of the debtor's property been taken within 2 years before filing this case?

■ No
☐ Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|

28. List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| **Nicole  Conboy** | **c/o GreenRose Holding Company Inc.**<br>**111 Broadway**<br>**Amityville, NY 11701** | **CEO** | |

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| **Jarom Fawson** | **c/o GreenRose Holding Company Inc.**<br>**111 Broadway**<br>**Amityville, NY 11701** | **Independent Director** | |

Debtor    **The Greenrose Holding Company Inc.**                                    Case number *(if known)* _____

| Name | Address | Position and nature of any interest | % of interest, if any |
|------|---------|-------------------------------------|-----------------------|
| John "Jack" Falcon | c/o GreenRose Holding Company Inc.<br>111 Broadway<br>Amityville, NY 11701 | Director | |

| Name | Address | Position and nature of any interest | % of interest, if any |
|------|---------|-------------------------------------|-----------------------|
| Thomas Lynch | c/o GreenRose Holding Company Inc.<br>111 Broadway<br>Amityville, NY 11701 | Independent Director | |

| Name | Address | Position and nature of any interest | % of interest, if any |
|------|---------|-------------------------------------|-----------------------|
| Steve Cummings | c/o GreenRose Holding Company Inc.<br>111 Broadway<br>Amityville, NY 11701 | Director | |

| Name | Address | Position and nature of any interest | % of interest, if any |
|------|---------|-------------------------------------|-----------------------|
| William "Mickey" Harley | c/o GreenRose Holding Company Inc.<br>111 Broadway<br>Amityville, NY 11701 | Former CEO<br>Director | |

| Name | Address | Position and nature of any interest | % of interest, if any |
|------|---------|-------------------------------------|-----------------------|
| Daniel Harley | c/o GreenRose Holding Company Inc.<br>111 Broadway<br>Amityville, NY 11701 | Former EVP | |

| Name | Address | Position and nature of any interest | % of interest, if any |
|------|---------|-------------------------------------|-----------------------|
| Brendan Sheehan | c/o GreenRose Holding Company Inc.<br>111 Broadway<br>Amityville, NY 11701 | Director | |

| Name | Address | Position and nature of any interest | % of interest, if any |
|------|---------|-------------------------------------|-----------------------|
| Benjamin Rose | c/o GreenRose Holding Company Inc.<br>111 Broadway<br>Amityville, NY 11701 | Director | |

| Name | Address | Position and nature of any interest | % of interest, if any |
|------|---------|-------------------------------------|-----------------------|
| John Torrance | c/o GreenRose Holding Company Inc.<br>111 Broadway<br>Amityville, NY 11701 | Director | |

29. **Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?**

☐ No

■ Yes. Identify below.

Debtor     **The Greenrose Holding Company Inc.**                                    Case number *(if known)* _____

| Name | Address | Position and nature of any interest | Period during which position or interest was held |
|------|---------|-------------------------------------|---------------------------------------------------|
| **William Mickey Harley** | **c/o GreenRose Holding Company Inc.**<br>**111 Broadway**<br>**Amityville, NY 11701** | **Former CEO** | **2023** |

| Name | Address | Position and nature of any interest | Period during which position or interest was held |
|------|---------|-------------------------------------|---------------------------------------------------|
| **Daniel Harley** | **c/o GreenRose Holding Company Inc.**<br>**111 Broadway**<br>**Amityville, NY 11701** | **Former EVP** | **2023** |

30. **Payments, distributions, or withdrawals credited or given to insiders**
Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

☐ No
■ Yes. Identify below.

| | Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|-------------------------------|------------------------------------------------------|-------|--------------------------------|
| 30.1. | **Jarom Fawson**<br>**c/o GreenRose Holding Company Inc.**<br>**111 Broadway**<br>**Amityville, NY 11701** | **$100,000.00** | **2023** | **Director Fees** |
| | Relationship to debtor<br>**Independent Director** | | | |
| 30.2. | **Thomas Lynch**<br>**c/o GreenRose Holding Company Inc.**<br>**111 Broadway**<br>**Amityville, NY 11701** | **$40,000.00** | **2023** | **Director Fees** |
| | Relationship to debtor<br>**Independent Director** | | | |
| 30.3. | **Nicole Conboy**<br>**c/o GreenRose Holding Company Inc.**<br>**111 Broadway**<br>**Amityville, NY 11701** | **$50,321.95** | **2023** | **Salary** |
| | Relationship to debtor<br>**CEO** | | | |

31. **Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

■ No
☐ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|--------------------------------|----------------------------------------------------------|

| Debtor | **The Greenrose Holding Company Inc.** | Case number *(if known)* | |
|---|---|---|---|

32. **Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

 ☑ No
☐ Yes. Identify below.

| Name of the pension fund | Employer Identification number of the pension fund |
|---|---|

**Part 14:** Signature and Declaration

**WARNING** -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on      **June 18, 2024**

**/s/ Nicole Conboy**                                    **Nicole Conboy**
Signature of individual signing on behalf of the debtor        Printed name

Position or relationship to debtor     **Chief Executive Officer**

**Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?**
☑ No
☐ Yes

ATTACHMENT TO STATEMENT OF FINANCIAL AFFAIRS

PART 2 QUESTION #3

**Greenrose**
**Transaction Report**
Since March 20, 2024

| | Date | Transaction Type | Num | Vendor | Memo/Description | Split | Amount | Balance |
|---|---|---|---|---|---|---|---|---|
| **AAFCPAs** | | | | | | | | |
| | 06/14/2024 | Expense | EFT | AAFCPAs | Retainer Payment for Inv #1111687 | Professional Fees:Accounting Fees | -50,000.00 | -50,000.00 |
| **Total for AAFCPAs** | | | | | | | **-$ 50,000.00** | |
| **Adobe Inc.** | | | | | | | | |
| | Beginning Balance | | | | | | | -515.59 |
| | 04/08/2024 | Expense | EFT | Adobe Inc. | Adobe Monthly Charge | Office Expense | -21.71 | -537.30 |
| | 05/07/2024 | Expense | EFT | Adobe Inc. | Adobe Monthly Charge | Office Expense | -21.71 | -559.01 |
| | 06/07/2024 | Expense | EFT | Adobe Inc. | Adobe Monthly Charge | Office Expense | -21.71 | -580.72 |
| **Total for Adobe Inc.** | | | | | | | **-$ 65.13** | |
| **Calabrese Consulting** | | | | | | | | |
| | Beginning Balance | | | | | | | -125,774.81 |
| | 06/17/2024 | Expense | EFT | Calabrese Consulting | Inv #5102 | Professional Fees:Accounting Fees | -10,000.00 | -135,774.81 |
| **Total for Calabrese Consulting** | | | | | | | **-$ 10,000.00** | |
| **Dime Bank** | | | | | | | | |
| | Beginning Balance | | | | | | | -18,728.01 |
| | 04/15/2024 | Expense | EFT | Dime Bank | DEBIT Service Charges March 2024 | Bank Service Charges | -664.89 | -19,392.90 |
| | 05/17/2024 | Expense | EFT | Dime Bank | Service Charges April 2024 | Bank Service Charges | -669.33 | -20,062.23 |
| | 06/18/2024 | Expense | EFT | Dime Bank | Service Charges May 2024 | Bank Service Charges | -671.22 | -20,733.45 |
| **Total for Dime Bank** | | | | | | | **-$ 2,005.44** | |
| **Dropbox** | | | | | | | | |
| | Beginning Balance | | | | | | | -2,180.22 |
| | 04/24/2024 | Expense | EFT | Dropbox | Dropbox Subscription Charge | Office Expense | -1,980.00 | -4,160.22 |
| | 04/29/2024 | Journal Entry | LMBC0341 | Dropbox | Purchase return Dropbox | -Split- | 40.00 | -4,120.22 |
| **Total for Dropbox** | | | | | | | **-$ 1,940.00** | |
| **Employment Development Department State of California** | | | | | | | | |
| | Beginning Balance | | | | | | | -3,062.70 |
| | 04/01/2024 | Expense | EFT | Employment Development Department State of California | Tax Collection Notice | Taxes and Licenses | -306.89 | -3,369.59 |
| **Total for Employment Development Department State of California** | | | | | | | **-$ 306.89** | |
| **GBT Development** | | | | | | | | |
| | Beginning Balance | | | | | | | -625,860.98 |
| | 04/02/2024 | Expense | EFT | GBT Development | GBT Fees - March 2024 | Professional Fees:Legal Fees | -4,500.00 | -630,360.98 |
| | 05/06/2024 | Expense | EFT | GBT Development | GBT Fees - April 2024 Iron Oak Payment made by GBT | Retainer# IOD-RET-03040 | -Split- | -9,375.00 | -639,735.98 |
| | 06/04/2024 | Expense | EFT | GBT Development | GBT Fees - May 2024 | Professional Fees:Legal Fees | -10,500.00 | -650,235.98 |
| | 06/10/2024 | Expense | EFT | GBT Development | GBT Fees - June 2024 | Professional Fees:Legal Fees | -9,000.00 | -659,235.98 |
| **Total for GBT Development** | | | | | | | **-$ 33,375.00** | |
| **Hearst** | | | | | | | | |
| | Beginning Balance | | | | | | | -160.67 |
| | 04/08/2024 | Expense | EFT | Hearst | Monthly subscription fee | Computer and Internet Expenses | -19.96 | -180.63 |
| | 05/06/2024 | Expense | EFT | Hearst | Monthly subscription fee | Computer and Internet Expenses | -19.96 | -200.59 |
| | 06/03/2024 | Expense | EFT | Hearst | Monthly subscription fee | Computer and Internet Expenses | -19.96 | -220.55 |
| **Total for Hearst** | | | | | | | **-$ 59.88** | |
| **Iron Oak Discovery Inc.** | | | | | | | | |
| | Beginning Balance | | | | | | | -45,394.54 |
| | 06/04/2024 | Expense | EFT | Iron Oak Discovery Inc. | IOD-INV-302066 | Professional Fees:Consulting Fees | -137.50 | -45,532.04 |
| | 06/04/2024 | Expense | EFT | Iron Oak Discovery Inc. | IOD-INV-302191 | Professional Fees:Consulting Fees | -9,543.82 | -55,075.86 |
| **Total for Iron Oak Discovery Inc.** | | | | | | | **-$ 9,681.32** | |
| **NYSIF** | | | | | | | | |
| | Beginning Balance | | | | | | | -9,399.27 |
| | 06/06/2024 | Expense | EFT | NYSIF | MISSING BACKUP | Insurance Expense | -597.91 | -9,997.18 |
| | 06/06/2024 | Expense | EFT | NYSIF | MISSING BACKUP | Insurance Expense | -13.45 | -10,010.63 |
| **Total for NYSIF** | | | | | | | **-$ 611.36** | |
| **Progressive Consulting** | | | | | | | | |
| | Beginning Balance | | | | | | | -56,566.57 |
| | 04/15/2024 | Expense | EFT | Progressive Consulting | Invoice #9549 - fees through 4/10/24 | -Split- | -8,183.74 | -64,750.31 |
| | 05/09/2024 | Expense | EFT | Progressive Consulting | Invoice #9645 - fees through 5/5/24 | Computer and Internet Expenses | -1,279.76 | -66,030.07 |

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| **Total for Progressive Consulting** | | | | | | | **-$ 9,463.50** | |
| **Quickbooks** | | | | | | | | |
| | Beginning Balance | | | | | | | -97.76 |
| | 03/28/2024 | Expense | EFT | Quickbooks | QuickBooks Subscription | Office Expense | -97.76 | -195.52 |
| | 04/29/2024 | Expense | EFT | Quickbooks | QuickBooks Subscription | Office Expense | -97.76 | -293.28 |
| | 05/28/2024 | Expense | EFT | Quickbooks | QuickBooks Subscription | Office Expense | -97.76 | -391.04 |
| **Total for Quickbooks** | | | | | | | **-$ 293.28** | |
| **State Of CT** | | | | | | | | |
| | Beginning Balance | | | | | | | -610,580.70 |
| | 06/10/2024 | Journal Entry | LMBC0345 | State Of CT | State of CT tax refund | -Split- | 8,481.70 | -602,099.00 |
| **Total for State Of CT** | | | | | | | **$ 8,481.70** | |
| **Tarter Krinsky & Drogin LLP** | | | | | | | | |
| | Beginning Balance | | | | | | | -1,929,263.15 |
| | 06/06/2024 | Expense | EFT | Tarter Krinsky & Drogin LLP | Dated 5/31/24 | Accounts Payable | -25,000.00 | -1,954,263.15 |
| | 06/18/2024 | Expense | EFT | Tarter Krinsky & Drogin LLP | Letter Dated 5/31/24 | Accounts Payable | -25,000.00 | -1,979,263.15 |
| **Total for Tarter Krinsky & Drogin LLP** | | | | | | | **-$ 50,000.00** | |
| **Theraplant** | | | | | | | | |
| | Beginning Balance | | | | | | | 5,985,350.90 |
| | 06/11/2024 | Journal Entry | LMBC0346 | Theraplant | Transfer from CK 8133 | -Split- | 2,000.00 | 5,987,350.90 |
| **Total for Theraplant** | | | | | | | **$ 2,000.00** | |
| **US Treasury** | | | | | | | | |
| | Beginning Balance | | | | | | | -2,217,338.15 |
| | 04/04/2024 | Expense | EFT | US Treasury | US Treasury Tax Payment | Federal Income taxes payable | -6,595.04 | -2,223,933.19 |
| **Total for US Treasury** | | | | | | | **-$ 6,595.04** | |
| **Vista Food Exchange Inc.** | | | | | | | | |
| | Beginning Balance | | | | | | | -40,919.64 |
| | 03/27/2024 | Expense | EFT | Vista Food Exchange Inc. | RENT FOR THE MONTH OF March 2024 | Rent Expense | -700.00 | -41,619.64 |
| | 04/02/2024 | Expense | EFT | Vista Food Exchange Inc. | RENT FOR THE MONTH OF April 2024 | Rent Expense | -700.00 | -42,319.64 |
| | 05/17/2024 | Expense | EFT | Vista Food Exchange Inc. | RENT FOR THE MONTH OF MAY 2024 | Rent Expense | -700.00 | -43,019.64 |
| | 06/04/2024 | Expense | EFT | Vista Food Exchange Inc. | RENT FOR THE MONTH OF JUNE 2024 | Rent Expense | -700.00 | -43,719.64 |
| **Total for Vista Food Exchange Inc.** | | | | | | | **-$ 2,800.00** | |
| **Zahra Enterprises LLC** | | | | | | | | |
| | Beginning Balance | | | | | | | -200,801.05 |
| | 03/28/2024 | Expense | EFT | Zahra Enterprises LLC | Inv #6855 - For services rendered month of April 2024 | Professional Fees:Consulting Fees | -10,000.00 | -210,801.05 |
| | 05/09/2024 | Expense | EFT | Zahra Enterprises LLC | Inv #6856 - For services rendered month of May 2024 | Professional Fees:Consulting Fees | -10,000.00 | -220,801.05 |
| **Total for Zahra Enterprises LLC** | | | | | | | **-$ 20,000.00** | |
| **Not Specified** | | | | | | | | |
| | Beginning Balance | | | | | | | 7,491,810.67 |
| | 05/20/2024 | Journal Entry | LMBC0342 | | Refund deposit from insurance | -Split- | 24,193.00 | 7,516,003.67 |
| **Total for Not Specified** | | | | | | | **$ 24,193.00** | |

# United States Bankruptcy Court
## Eastern District of New York

In re    __The Greenrose Holding Company Inc.__         Case No.
                                                    Debtor(s)        Chapter    __7__

# <u>VERIFICATION OF CREDITOR MATRIX</u>

        The above named debtor(s) or attorney for the debtor(s) hereby verify that the attached matrix (list of creditors) is true and correct to the best of their knowledge.

Date:    __June 18, 2024__              __/s/ Nicole Conboy__
                                                 **Nicole Conboy**/Chief Executive Officer
                                                 Signer/Title

Date:    __June 18, 2024__              __/s/ Scott S. Markowitz, Esq.__
                                                   Signature of Attorney
                                                   **Scott S. Markowitz, Esq. (SSM-0849)**
                                                   **Tarter Krinsky & Drogin LLP**
                                                   **1350 Broadway**
                                                   **11th Floor**
                                                   **New York, NY 10018**
                                                   **(212) 216-8000   Fax: (212) 216-8001**

The Greenrose Holding Company Inc. -

Acorn Management Partners
4080 McGinnis Ferry Road
Suite 1101
Alpharetta, GA 30005

Arizona Dept. of Revenue
1600 West Monroe Street
Phoenix, AZ 85007

Bayard, P.A.
600 N King St.
# 400
Wilmington, DE 19801

Bloomberg Finance L.P.
731 Lexington Avenue
New York, NY 10022

Borden Ladner Gervais
Centennial Place, East To
520 3rd Ave SW, Ste. 1900
Calgary, AB, T2P 0R3

Dan Emmans
Hinckley, Allen & Snyder
20 Church Street
Hartford, CT 06103

Datasite LLC
c/o The CCC of NY
34 Seymour St.
Tonawanda, NY 14150

Department of Treasury
Internal Revenue Service
Po Box 7346
Philadelphia, PA 19101

Dept. of Unemployment
Massachusetts Commonwealt
Executive Office of Labor
2 Avenue de Lafayette
Boston, MA 02111

The Greenrose Holding Company Inc. -

Edgar Agents, LLC
105 White Oak Lane
Suite 104
Old Bridge, NJ 08857

Ethan Ruby
Hinckley, Allen & Snyder
20 Church Street
Hartford, CT 06103

Feuerstein Kulick LLP
420 Lexington Ave
Suite 2024
New York, NY 10170

Gateway Group, Inc.
c/o Till Law
Attn: James E. Till, Esq.
120 Newport Center Drive
Newport Beach, CA 92660

Hinckley, Allen & Snyder
Attn: Jeffrey J. Mirman
20 Church Street
Hartford, CT 06103

Houlihan Lokey
245 Park Ave
20th Fl.
New York, NY 10167

Intrado Digital Media LLC
11808 Miracle Hills Dr
Omaha, NE 68154

Iron Oak Discovery Inc.
7 Skyline Drive
Suite 350
Hawthorne, NY 10532

JD DeMatteo
Hinckley, Allen & Snyder
20 Church Street
Hartford, CT 06103

The Greenrose Holding Company Inc. -

Macias Gini & O'Connell L
777 3rd Avenue
29th Floor
New York, NY 10017

Marcum LLP
730 3rd Ave
11th Fl.
New York, NY 10017

Milbank LLP
55 Hudson Yard
New York, NY 10001

NYS Attorney Gen. Office
General Recoveries Unit
Civil Recoveries Bureau
The Capitol
Albany, NY 12224

NYS Workers' Comp. Board
PO Box 5529
Binghamton, NY 13902

Proactive
Po Box 237203
178 Columbus Avenue
New York, NY 10023

Richard, Layton & Finger
920 N King St.
Wilmington, DE 19801

Riveron Consulting LLC
2515 McKinney Avenue
Suite 1200
Dallas, TX 75201

Shareholder Rep. Services
Hinckley, Allen & Snyder
Attn: Jeffrey J. Mirman
20 Church Street
Hartford, CT 06103

The Greenrose Holding Company Inc. -

SLR International Corp.
99 Realty Drive
Cheshire, CT 06410

State of Delaware
Division of Corporations
John G. Townsend Bldg.
401 Federal Street, Suite
Dover, DE 19901

Statewide Public Affairs
15 Elk Street
Albany, NY 12207

Tarter Krinsky & Drogin
1350 Broadway
11th Fl.
New York, NY 10018

TGI Office Automation
1860 Walt Whitman Rd.
#100
Melville, NY 11747

Tompac Packaging Inc.
335 Sniffens Lane
Stratford, CT 06615

United Corporate Services
800 North State Street
Suite 304
Dover, DE 19901

Veritiv
c/o The CCC of NY
34 Seymour St.
Tonawanda, NY 14150

Verizon
One Verizon Way
VC54N090
Basking Ridge, NJ 07920

Weil, Gotshal &Manges LLP
767 5th Ave
New York, NY 10153

The Greenrose Holding Company Inc. -

Zahra Enterprises LLC
36 Plaza Drive
Mill Valley, CA 94941